```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 28356
   RUTHIE BUTLER
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-0475


--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 10/21/2008 and was not confirmed.

     The case was dismissed without confirmation 01/28/2009.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
--------------------------------------------------------------------------
CITIMORTGAGE INC         CURRENT MORTG       .00            .00            .00
CHICAGO PATROLMENS FED C SECURED             .00            .00            .00
US CELLULAR              UNSECURED      NOT FILED           .00            .00
BANK OF AMERICA NA       UNSECURED      NOT FILED           .00            .00
CHASE BANK USA           UNSECURED       6775.67            .00            .00
ECAST SETTLEMENT CORP    UNSECURED       5306.57            .00            .00
CHASE BANK USA           UNSECURED        220.47            .00            .00
CHICAGO PATROLMENS FED C UNSECURED       6286.39            .00            .00
CHICAGO PATROLMENS FED C UNSECURED        390.65            .00            .00
CITIBANK                 UNSECURED      NOT FILED           .00            .00
DISCOVER FINANCIAL SERVI UNSECURED       3097.75            .00            .00
PEOPLES GAS LIGHT & COKE UNSECURED      NOT FILED           .00            .00
LAQUONDA BUTLER          NOTICE ONLY    NOT FILED           .00            .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY     2,491.50                         68.53
TOM VAUGHN               TRUSTEE                                           5.32
DEBTOR REFUND            REFUND                                            .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                73.85

PRIORITY                                       .00
SECURED                                        .00
UNSECURED                                      .00
ADMINISTRATIVE                                68.53
TRUSTEE COMPENSATION                           5.32
DEBTOR REFUND                                  .00
                     --------------    --------------
TOTALS                 73.85                  73.85




              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 28356 RUTHIE BUTLER
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/10/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE